UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC TYRELL DANIEL,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Respondent. | Case No. 19-cv-03319-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 11 |

Good cause being shown, respondent's request for an extension of time to answer the Court's Order to Show Cause is GRANTED. By January 24, 2020, respondent shall file with the Court and serve on Petitioner an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on the claims earlier found cognizable. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within **thirty-five (35) days** of the date the answer is filed.

This order terminates Dkt. No. 11.

**IT IS SO ORDERED.**

Dated: 11/25/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge