UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC TYRELL DANIEL,<br>　　　　Petitioner,<br>　v.<br>GISELLE MATTESON,<br>　　　　Respondent. | Case No. 19-cv-03319-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Denying the Petition for a Writ of Habeas Corpus, Denying a Certificate of Appealability, the petition for a writ of habeas corpus is DENIED. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:

---

HAYWOOD S. GILLIAM, JR.
United States District Judge